HUNTINGTON v. THE CITY OF NEW YORK ET AL.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 172.  Argued March 3, 4, 1904.—Decided March 21, 1904.

Decided on authority of *Barney* v. *City of New York, ante*, p. 430.

Same counsel as in No. 159.

THE CHIEF JUSTICE. This case is governed by the decision just announced, and the decree is accordingly

*Affirmed.*